UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE DELGADO,<br><br>    Plaintiff,<br><br>  v.<br><br>DINA JOSE, et al.,<br><br>    Defendants. | Case No. 21-02742 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff, a county inmate proceeding pro se, filed civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On December 29, 2021, the Court issued an order dismissing the amended complaint with leave to amend. Dkt. No. 15. On February 9, 2022, the order was returned as undeliverable because Plaintiff was no longer in custody. Dkt. No. 16. To date, Plaintiff has had no further communication with the Court.

    Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff at the Alameda County Jail in Dublin was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated:  April 15 ,2022

EDWARD J. DAVILA
United States District Judge

2